IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BETTY HENNINGTON AND
JOSEPH HENNINGTON,

      Appellant,

v.

SETERUS, INC.,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2326

Opinion filed September 1, 2017.

An appeal from the Circuit Court for Escambia County.
Gary L. Bergosh, Judge.

Jeremiah J. Talbott and Tyler L. Gray of the Law Office of Jeremiah J. Talbott, P.A.,
Pensacola, for Appellant.

Christopher P. Hahn of Maurice Wutscher LLP, Miami, for Appellee.

PER CURIAM.

      AFFIRMED.

WETHERELL, OSTERHAUS, and M.K. THOMAS, JJ., CONCUR.